UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER McCOOK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KIMBERLEY BAKER GUILLEMET,<br>et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-08351-HDV (DTB)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action with prejudice.

DATED: 01/08/25

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HERNÁN D. VERA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1