UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER McCOOK,<br><br>    Plaintiff,<br><br>        v.<br><br>KIMBERLEY BAKER GUILLEMET, et al.,<br><br>    Defendants. | Case No. 2:23-cv-08351-HDV (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 01/08/25

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

1